# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SANCHEZ, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>SEPHORA USA, INC.<br><br>Defendant. | Case No. CV 11 3396 SBA<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE RELIEF UNDER L.R. 7-11 FILE DOCUMENTS UNDER SEAL PURSUANT TO CIV. L.R. 79-5<br><br>Judge: Hon. Saundra Brown Armstrong<br>Courtroom: 1, 4th Floor<br>Hearing Date: March 27, 2011 |

## [PROPOSED] ORDER

For the reasons stated in the Motion for Administrative Relief Under Civ. L.R. 7-11 to File Documents Under Seal Pursuant to Civ. L.R. 79-5, the Court hereby ORDERS that Vol. II - Exhibits 3, 8-12 and 14-15 to Plaintiff's Motion and Memorandum In Support of Conditional Certification Under 29 U.S.C. §216(b) are hereby taken and filed under seal.

SO ORDERED this __23RD____ day of _JANUARY__ 20_12_.

_____
Honorable Saundra Brown Armstrong
United States District Judge

[Proposed Order] Granting Administrative Relief Under Civ. L.R. 7-11,
To File Documents Under Seal Pursuant To Civ. L.R. 79-5
*Rebecca Sanchez, et al. v. Sephora USA, Inc.*, Case No. CV-11-3396 SBA