UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REBECCA SANCHEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SEPHORA USA, INC.,<br><br>　　　　　　Defendant. | Case No:  C 11-03396 SBA<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

　　　By no later than **June 8, 2012**, Defendant Sephora USA, Inc. ("Sephora") shall submit a surreply which addresses Plaintiff's arguments in her reply regarding the "form and content" of the proposed class notice.  See Pl.'s Reply at 12:3-13:21.  Sephora's surreply shall be limited to two (2) pages and address those issues only.  Upon Sephora's submission of the surreply, the Court will take Plaintiff's Motion for Conditional Certification under submission without oral argument.  See Civ. L.R. 7-1(b).  The motion hearing and Case Management Conference scheduled for June 5, 2012 are VACATED.

　　　IT IS SO ORDERED.

Dated:  June 1, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge