1
2                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
3
4   **REBECCA SANCHEZ, individually and**     §
    **on behalf of all others similarly situated;**  §    **Civil Action No. CV-11-3396 SBA**
5                                              §
                                               §
6            **Plaintiff,**                    §    **JURY TRIAL DEMANDED**
                                               §
7   **vs.**                                    §    **[**~~**PROPOSED**~~**] ORDER**
                                               §    **GRANTING MOTION FOR**
8   **SEPHORA USA, INC.**                      §    **APPROVAL OF AGREED**
                                               §    **NOTICE AND CONSENT FORM**
9            **Defendant.**                    §    **AND NOTICE SCHEDULE**
                                               §
10                                             §
                                               §
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                              1
    [PROPOSED] ORDER GRANTING MOTION FOR APPROVAL OF
    NOTICE AND CONSENT FORM AND NOTICE SCHEDULE
    *Sanchez, et al. v. Sephora USA, Inc.*

The Court hereby approves the Agreed Notice and Consent form attached as Ex. A to the Motion for Approval of Agreed Notice and Consent Form and Notice Schedule.  The Agreed Notice and Consent Form shall be disseminated to the potential class members in accordance with the following approved Notice Schedule.

| DEADLINE | DESCRIPTION |
|---|---|
| August 6, 2012 | Defendant shall provide Plaintiff's Counsel with a list of the potential class members in a usable electronic format. |
| Within 20 days from the date the Court approves the Agreed Notice and Consent Form. | Plaintiff's counsel or their agent shall disseminate the Agreed Notice and Consent Form |
| Within 30 days from the date that the Agreed Notice and Consent Form is mailed to potential class members. | Plaintiff's counsel or their agent shall disseminate a second and identical Agreed Notice and Consent Form to potential class members. |
| Within 60 days from the date that the Agreed Notice and Consent Form is mailed to potential class members. | All executed Consent Forms must be filed by this date. |

This Order terminates Docket 58.

IT IS HEREBY SO ORDERED.

Dated:    August 1, 2012

*Saundra B Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge