1 | Attorneys Listed on the Following Page

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11

12 | REBECCA SANCHEZ, individually and on behalf of all others similarly situated,

Case No. CV 11 3396 SBA

13 | Plaintiff,

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

14

15 | v.

16 | SEPHORA USA, INC.,

17 | Defendant.

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **FIBICH, HAMPTON, LEEBRON,** |
| | **BRIGGS & JOSEPHSON, L.L.P.** |
| 2 | Michael Josephson |
| 3 | (*pro hac vice*) |
| | Texas Bar No. 24014780 |
| 4 | mjosephson@fhl-law.com |
| | 1150 Bissonnet |
| 5 | Houston, TX 77005 |
| 6 | (713)751-0025 (Telephone) |
| | (713)751-0030 (Facsimile) |
| 7 | |
| | **BRYAN SCHWARTZ LAW** |
| 8 | BRYAN SCHWARTZ (SBN 209903) |
| | Bryan@BryanSchwartzLaw.com |
| 9 | HILLARY J. BENHAM-BAKER (SBN 265019) |
| 10 | Hillary@BryanSchwartzLaw.com |
| | 180 Grand Avenue, Suite 1550 |
| 11 | Oakland, CA 94612 |
| | (510) 444-9300 (Telephone) |
| 12 | (510) 444-9301 (Fax) |
| 13 | **ATTORNEYS FOR PLAINTIFF** |
| 14 | **REBECCA SANCHEZ** |
| 15 | |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 16 | Andrew R. Livingston (State Bar No. 148646) |
| 17 | Brooke D. Arena (State Bar No. 238836) |
| | Aubry R. Holland (State Bar No. 259828) |
| 18 | The Orrick Building |
| | 405 Howard Street |
| 19 | San Francisco, CA 94105 |
| 20 | Telephone: (415)773-5700 |
| | Facsimile: (415) 773-5759 |
| 21 | Email: alivingston@orrick.com |
| | Email: barena@orrick.com |
| 22 | Email: aholland@orrick.com |
| 23 | **ATTORNEYS FOR DEFENDANT** |
| | **SEPHORA USA, INC.** |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

WHEREAS on October 18, 2012, the Court set a case management conference in this action is for November 14, 2012; and

WHEREAS Defendant's counsel has a scheduling conflict with the current date set for the case management conference, due to a previously scheduled mediation in another pending action.

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel of record and subject to the approval of the Court, that the case management conference in this matter, set for November 14, 2012, at 3:15 PM be continued to November 28, 2013 or the next available date on the Court's calendar.

Dated: November 1, 2012                ANDREW R. LIVINGSTON
                                       BROOKE D. ARENA
                                       AUBRY R. HOLLAND
                                       Orrick, Herrington & Sutcliffe LLP


                                       By:      */s/ Aubry R. Holland*
                                                   AUBRY R. HOLLAND
                                                  Attorneys for Defendant


Dated: November 1, 2012                Michael Josephson
                                       FIBICH, HAMPTON, LEEBRON, BRIGGS &
                                       JOSEPHSON, L.L.P.


                                       By:      */s/ Michael Josephson*
                                                   MICHAEL JOSEPHSON
                                                  Attorneys for Plaintiff


I hereby attest that the concurrence in the filing of this document has been obtained from Michael Josephson, Attorney for Plaintiff, Rebecca Sanchez.


                                                */s/ Aubry R. Holland*
                                                  Aubry R. Holland

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2      IT IS HEREBY ORDERED that the case management conference in this matter, set for

3  November 14, 2012, at 3:15 PM be continued to 11/29/12 at 2:30 PM.

    DATED:11/8/12

_____

HON. SAUNDRA B. ARMSTRONG