UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REBECCA SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEPHORA USA, INC.,<br><br>Defendant. | Case No:  C 11-3396 SBA<br><br>**ORDER VACATING PRETRIAL SCHEDULE** |

The parties have notified the Court that they have settled their dispute and anticipate filing a motion for settlement approval within thirty days. Dkt. 89.  They request the Court to vacate all pending deadlines and hearing dates.  Good cause appearing,

IT IS HEREBY ORDERED THAT the dates for the pretrial conference and trial, and associated filing deadlines, are VACATED.  The parties shall file their motion for settlement approval by no later than April 14, 2014.  The motion shall be noticed for hearing on May 20, 2014.  Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion without oral argument.  The parties are advised the check the Court's website to determine whether an appearance on the motion is required.

IT IS SO ORDERED.

Dated:  March 10, 2014

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge