EXHIBIT B

## SUMMARY OF FLSA DAMAGES

| Percentage of Net Settlement | Net Unpaid Overtime Damages |
|---|---|
| 2.25% | $2,369.09 |
| 3.15% | $3,310.24 |
| 1.77% | $1,866.06 |
| 2.48% | $2,612.49 |
| 0.42% | $438.12 |
| 1.00% | $1,054.73 |
| 0.94% | $989.83 |
| 1.54% | $1,622.66 |
| 1.23% | $1,298.13 |
| 0.25% | $259.63 |
| 0.03% | $32.45 |
| 1.37% | $1,444.17 |
| 0.48% | $503.03 |
| 0.86% | $908.69 |
| 1.09% | $1,152.09 |
| 1.76% | $1,849.84 |
| 1.53% | $1,606.44 |
| 0.32% | $340.76 |
| 1.06% | $1,119.64 |
| 1.42% | $1,492.85 |
| 0.62% | $649.07 |
| 3.16% | $3,326.46 |
| 0.49% | $519.25 |
| 1.09% | $1,152.09 |
| 1.85% | $1,947.20 |
| 1.30% | $1,363.04 |
| 0.76% | $795.11 |
| 2.37% | $2,498.90 |
| 1.02% | $1,070.96 |
| 3.08% | $3,245.33 |
| 1.34% | $1,411.72 |
| 1.30% | $1,363.04 |
| 3.13% | $3,294.01 |
| 1.85% | $1,947.20 |
| 0.43% | $454.35 |
| 0.88% | $924.92 |
| 3.11% | $3,277.78 |
| 0.42% | $438.12 |
| 0.99% | $1,038.51 |
| 0.97% | $1,022.28 |

## SUMMARY OF FLSA DAMAGES

| Percentage of Net Settlement | Net Unpaid Overtime Damages |
|:---:|:---:|
| 1.91% | $2,012.10 |
| 0.82% | $860.01 |
| 0.69% | $730.20 |
| 3.04% | $3,196.65 |
| 0.99% | $1,038.51 |
| 2.11% | $2,223.05 |
| 1.59% | $1,671.34 |
| 0.57% | $600.39 |
| 0.96% | $1,006.05 |
| 1.71% | $1,801.16 |
| 1.53% | $1,606.44 |
| 2.25% | $2,369.09 |
| 1.59% | $1,671.34 |
| 1.06% | $1,119.64 |
| 2.25% | $2,369.09 |
| 1.43% | $1,509.08 |
| 1.28% | $1,346.81 |
| 1.05% | $1,103.41 |
| 1.42% | $1,492.85 |
| 3.11% | $3,277.78 |
| 2.84% | $2,985.70 |
| 1.02% | $1,070.96 |
| 2.51% | $2,644.94 |
| 0.77% | $811.33 |
| 2.44% | $2,563.81 |
| 1.94% | $2,044.56 |
| 0.96% | $1,006.05 |
| 0.96% | $1,006.05 |
| 0.08% | $81.13 |
| 2.67% | $2,807.21 |
| 1.31% | $1,379.27 |
| 1.80% | $1,898.52 |
| 0.00% | $0.00 |
| 0.00% | $0.00 |
| 100.00% | $105,229.82 |