UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REBECCA SANCHEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SEPHORA USA, INC.,<br><br>　　　　　Defendant. | Case No:  C 11-3396 SBA<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

　　　The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not finalized, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 30 days of this order.

　　　IT IS SO ORDERED.

Dated:  9/3/14

　　　　　　　　　　　　　　　　　　　_Saundra B Armstrong_
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge